**No. 10-6598. David M. Shipp, Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services.**

562 U.S. 1016, 131 S. Ct. 535, 178 L. Ed. 2d 393, 2010 U.S. LEXIS 8413.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 861.